IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEN AUMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-2069-DDC |
| ) | |
| STATE OF KANSAS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 3) is hereby granted. Plaintiff's separate motion titled, "Motion to Waive Fees" (ECF No. 4), seeks the same relief and is also hereby granted.

If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than February 21, 2017, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

Copies of this order shall be served on the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

O:\ORDERS\17-2069-DDC-IFP.WPD

Dated February 6, 2017, at Kansas City, Kansas.

                                                     s/ James P. O'Hara
                                        James P. O'Hara
                                        U. S. Magistrate Judge